IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WILLIAM F. PELFREY                          PLAINTIFF

        v.                    Civil No. 05-4059

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                        DEFENDANT

## **JUDGMENT**

Comes now the Court on this 6th day of July, 2006, in accordance with the Memorandum Opinion entered in the above styled case on today's date, and hereby considers, orders and adjudges that the decision of the Commissioner of the Social Security Administration is affirmed and the plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED.

                                                      /s/ Bobby E. Shepherd
                                                      HONORABLE BOBBY E. SHEPHERD
                                                      UNITED STATES MAGISTRATE JUDGE